UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RETISH VIKASH SINGH,<br><br>      Petitioner,<br><br> v.<br><br>B. SCOTT, et al.,<br><br>      Respondent. | CASE NO. 3:24-cv-05547-BHS-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner applies to proceed *in forma pauperis*. The finds he has shown an inability to pay the filing fee and **GRANTS** petitioner's application. Dkt. 1. The Clerk shall (1) file petitioner's habeas corpus petition without the prepayment of fees, and (2) send a copy of this Order to petitioner and the assigned District Judge.

DATED this 12th day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1